1  Reginald P. Burgess
   3422 Old Capitol Trail #1068
2  Wilmington, DE 19080-6192
   Attorney for: Reginald P. Burgess
3
4
5
6
7


UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

8  REGINALD P. BURGESS,                    District Court No. 05-00677-GMS
                    Debtor,                Chapter 13
9                                          Case No. 05-12005 JKF
   REGINALD P. BURGESS,                    ADV No. 05-52205 JKF
10                  Petitioner,
11         v.                              **REQUEST FOR JUDICIAL NOTICE OF 9th
                                           CIRCUIT RULING AFFECTING VENUE
12 JOHN D. WILLIAMS                        [FRBP 1014(b) and Fed R. Evid. 201]**
                    Respondent.
13
                                           HONORABLE GREGORY M. SLEET
14
   **Please take Judicial Notice of the following facts and ORDER attached as a
15
   Ruling of the Ninth Circuit Court of Appeals affirming rejecting venue there.**
16
17 1.   FRBP 1014(b) mandated the transfer motion be brought in the FIRST
18      District, and at the crux of this Petition is the issue that the California Court
19      has ALREADY RULED the businesses of debtor are NOT FOUND in the
20      District in which he previously filed a Chapter 11 Bankruptcy, and thus
21      rejected the venue of the Bankruptcy as a "bad faith" filing because it did not
22      comply with 11 USC 109. Here, in this case, the Businesses ARE FOUND,
23      and thus FRBP 1014(b) drives the issue of the FIRST DISTRICT of filing
24      ALREADY HAVING REJECTED THE VENUE. The "interference with
25      State Court proceedings" is by 11 USC 524(a)(2). This mandates a quash of
26      the transfer order of the 8/31/05 hearing as petitioned by petitioner/debtor.

27 I declare by the laws of the State of Delaware under penalty
   perjury the above is true and correct signed at Wilmington,
28 Delaware this 30th day of October, 2005              Reginald P. Burgess, Debtor

Request for Judicial Notice - ORDER of 9th Circuit       Reginald Burgess
                                                         3422 Old Capitol Trail #1068
                              -1-                        Wilmington, DE 19808-6192

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 25 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: REGINALD P. BURGESS, | No. 05-55128 |
| Debtor, | D.C. No. CV-04-09129-DDP |
| REGINALD P. BURGESS, | MEMORANDUM[*] |
| Appellant, | |
| v. | |
| JOHN D. WILLIAMS, | |
| Appellee. | |

Appeal from the United States District Court
for the Central District of California
Dean D. Pregerson, District Judge, Presiding

Submitted October 11, 2005[**]

Before: HALL, T.G. NELSON, and TALLMAN, Circuit Judges.

---

[*] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Reginald P. Burgess appeals pro se the district court's judgment affirming a bankruptcy court order dismissing his Chapter 11 bankruptcy petition as a bad faith filing. We have jurisdiction under 28 U.S.C. §§ 158(d) and 1291. We review for clear error the bankruptcy court's findings of fact and review de novo its legal conclusions. *Allred v. Kentucky (In re Kennerly)*, 995 F.2d 145, 146 (9th Cir. 1993). We review for abuse of discretion the district court's denial of a recusal motion. *Jorgensen v. Cassiday*, 320 F.3d 906, 911 (9th Cir. 2003). We affirm.

The bankruptcy court did not abuse its discretion in dismissing Burgess' Chapter 11 petition because the record indicated he was utilizing bankruptcy petitions as a litigation tactic to interfere with ongoing state court proceedings, he offered no substantial proof that his business existed, and he did not appear to possess any assets with which to reorganize. *See Marsch v. Marsch (In re Marsch)*, 36 F.3d 825, 828-29 (9th Cir. 1994) (per curiam).

Contrary to his assertion, Burgess offers no evidence that the district court judge was biased, and we find no abuse of discretion in the denial of his motion to disqualify. *See Yagman v. Republic Ins.*, 987 F.2d 622, 626-27 (9th Cir. 1993) (mere speculative assertions of invidious motive are insufficient to show judicial bias).

All remaining contentions are unpersuasive.

No further filings will be accepted in this closed appeal.

**AFFIRMED.**

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| REGINALD P. BURGESS,<br>    Debtor, | District Court No. 05-00677-GMS<br>Chapter 13<br>Case No. 05-12005 JKF |
| REGINALD P. BURGESS,<br>    Plaintiff,<br>v. | ADV No. 05-52205 JKF<br><br>PROOF OF SERVICE |
| JOHN D. WILLIAMS<br>    Defendant. | HONORABLE GREGORY M. SLEET |

I have this day, pursuant to FRBP 7005 [FRCP 5] mailed true and correct copies of this proof of mailing and:

**REQUEST FOR JUDICIAL NOTICE OF 9th CIRCUIT RULING AFFECTING VENUE**
**[FRBP 1014(b) and Fed R. Evid. 201]**

To the following individuals addressed:

Andrea VanLeesten
Conservatorship of Williams
6080 Center Drive, 6th Floor
Los Angeles, CA 90045-9209

Michael B. Joseph - Chapter 13 Trustee
824 Market Street
P.O. Box 1351
Wilmington, DE 19899-1351

Office of the United States Trustee
844 King Street, Suite 2207
J. Caleb Boggs Federal Building
Wilmington, DE 19801

I declare by the laws of the State of Delaware under penalty perjury the above is true and correct signed at Wilmington, Delaware this 30th day of October, 2005

Reginald P. Burgess, Debtor

Request for Judicial Notice - ORDER of 9th Circuit

Reginald Burgess
3422 Old Capitol Trail #1068
Wilmington, DE 19808-6192

-2-

$3.85 — US POSTAGE
PRIORITY MAIL
OCT 30 2005
Mailed from ZIP 90019

071V00521172
endicia.com

USPS PRIORITY MAIL®

American Group of Companies
3422 OLD CAPITOL TRL # 1068
WILMINGTON, DE 19808-6124

SHIP TO:

Clerk of Court U.S District Court
Lockbox 18
U S District Court
844 N King St Ste 18
Wilmington, DE 19801-3570

e/ USPS DELIVERY CONFIRM

PRIORITY MAIL
UNITED STATES POSTAL SERVICE®

**HOW TO USE:**

1. **COMPLETE ADDRESS AREA**
Type or print return address and addressee information in designated area or on label.

2. **PAYMENT METHOD**
Affix postage or meter strip to area indicated in upper right hand corner.

3. **ATTACH LABEL** (Optional)
Remove label backing and affix in designated location.

4. Bring your Priority Mail package to a post office, present it to your letter carrier, or call 1-800-222-1811 for pick up service. Stamped mail may be deposited in a collection box ONLY if it weighs less than 16 ounces.

PRIORITY MAIL
POSTAGE REQUIRED

PLEASE PRESS FIRMLY

www.usps.com/postageonline