IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Reginald P. Burgess, | ) | Bankruptcy Case No. 05-12005 (JKF) |
| | ) | |
| Debtor, *Pro Se*. | ) | |
| | ) | |
| Reginald P. Burgess, | ) | |
| | ) | |
| Petitioner, *Pro Se*, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-677 (GMS) |
| | ) | |
| John D. Williams, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

WHEREAS on September 8, 2005, after holding a hearing on the issue of venue, the bankruptcy court transferred the above-captioned matter to the United States Bankruptcy Court for the Central District of California;

WHEREAS on September 16, 2005 the Debtor filed an Emergency Petition for Writ of Mandamus (D.I. 1) in this court, alleging that the bankruptcy court's decision to transfer was in error;

WHEREAS on December 12, 2005 the Debtor filed an Amended Motion for Writ of Mandamus (D.I. 7), which appears substantially the same as his original petition;

WHEREAS the docket does not reflect service of process on the Respondent;

WHEREAS this court reviews the bankruptcy court's decisions regarding change of venue for abuse of discretion, *cf. Phoenix Container v. Samarah*, 69 Fed. Appx. 42, 43 n.1 (3d Cir. 2003) (non-precedential); and

WHEREAS a review of the transcript of the hearing on this matter (D.I. 3) reveals that the bankruptcy court did not abuse its discretion.

IT IS HEREBY ORDERED THAT:

1. The Debtor's Emergency Petition for Writ of Mandamus (D.I. 1) be DENIED; and

2. The Debtor's Amended Motion for Writ of Mandamus (D.I. 7) be DENIED.

Dated: March 30, 2006

UNITED STATES DISTRICT JUDGE